ORIGINAL

**FILED**

07/27/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0277

# IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 20-0277

| | |
|---|---|
| **BRANDY J. PERSOMA,** <br> Petitioner/Appellant, <br><br> v. <br><br> **TYLER J. PERSOMA,** <br> Respondent/Appellee, | **ORDER GRANTING 30 DAY EXTENSION TO FILE OPENING BRIEF** |

Upon Appellant's Motion for a thirty (30) day extension of time to file her opening brief pursuant to Mont. R. App. P. Rule 26, and for good cause shown:

IT IS HEREBY ORDERED that Appellant is granted a thirty day extension of time up to and including until August 29, 2020 in which to file her opening brief.

DATED this 27 day of July, 2020.

**FILED**

JUL 27 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

cc: Brandy J. Persoma, P.O. Box 30812, Billings, MT 59107
Daniel L. Ball, P.O. Box 2502, Billings, MT 59103